UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LOUISE SMALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-1459 JCH (FRB) |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles, filed January 24, 2008 (Doc. No. 22). See 28 U.S.C. §636. In his report, Magistrate Judge Buckles recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice. Plaintiff filed her objections to the Report and Recommendation on January 25, 2008. (Doc. No. 23).

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. Accordingly, the Court affirms the decision of the Commissioner, and dismisses Plaintiff's Complaint with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 22) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this <u>8th</u> day of February, 2008.

<u>/s/ Jean C. Hamilton</u>
UNITED STATES DISTRICT JUDGE